UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: : CASE NO. 09-15961
CHAPTER 13
BRYON K BRANTLEY
: JUDGE JEFFERY P. HOPKINS
    DEBTOR
: NOTICE OF TRANSMITTAL OF
UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the debtor(s). Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 917403 | $1,500.00 |

Debtor Address
BRYON K BRANTLEY
5637 READ TRAIL
HAMILTON, OH  45011


    Respectfully submitted,

/s/   Margaret A. Burks, Esq.
    Margaret A. Burks, Esq.
    Chapter 13 Trustee
    Attorney No. OH 0030377

    Francis J. DiCesare, Esq.
    Staff Attorney
    Attorney No. OH 0038798

    Karolina F. Perr, Esq.
    Staff Attorney
    Attorney No. OH 0066193

    600 Vine Street, Suite 2200
    Cincinnati, OH 45202
    (513) 621-4488
    (513) 621 2643 (Facsimile)
    mburks@cinn13.org - Correspondence only
    fdicesare@cinn13.org
    kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, December 15, 2010.

/s/     <u>Margaret A. Burks, Esq.</u>
        Margaret A. Burks, Esq.

Debtor(s)
BRYON K BRANTLEY
5637 READ TRAIL
HAMILTON, OH 45011

Debtor(s) Counsel
RICHARD A JARVIS
3 WEST SIXTH STREET
NEWPORT, KY 41071

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)